No. 14–0639/AF. U.S. v. Corey K. Hudgins. CCA 38305. On consideration of Appellant's petition for reconsideration of this Court's order issued August 20, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–0050/AF. U.S. v. Thomas N. Patterson. CCA 38031. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

No. 15–0089/AF. U.S. v. Keith L. Lovely. CCA 38215. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 30, 2014.

No. 15–0094/AF. U.S. v. Nicholas R. Cron. CCA 38138. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

No. 15–0095/AF. U.S. v. William J. Matthis. CCA 38312. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

Friday, October 17, 2014

No. 15–0105/MC.  U.S. v. Zoya Jouravska.  CCA 201300251. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 5, 2014.

No. 14–0409/AF.  U.S. v. Stephan H. Claxton.  CCA 38188.  Appellee's petition for reconsideration of this Court's order issued September 15, 2014 is denied.

Monday, October 20, 2014

No. 15–0112/AR.  U.S. v. Tahir L. Muwwakkil.  CCA 20140536. Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and a supporting brief were filed under Rule 22, together with a motion to stay the proceedings on this 20th day of October, 2014, on the following issues:

    I.    WHETHER THE U.S. ARMY COURT OF CRIMINAL APPEALS ERRED IN ITS APPLICATION OF BOTH THE FEDERAL JENCKS ACT (18 U.S.C. § 3500) AND RULE FOR COURTS–MARTIAL 914.

    II.    WHETHER THE U.S. ARMY COURT OF CRIMINAL APPEALS ERRED IN ITS DEFERENCE TO THE MILITARY JUDGE'S FIND-